**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

50 Walnut Street
Newark, NJ 07102

**Order Filed on July 26, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Almoataz B. Basuoni

Case No.: 19-24262

Chapter: 13

Judge: John K. Sherwood

# ORDER REGARDING CREDIT COUNSELING AND CERTIFICATION OF EXIGENT CIRCUMSTANCES

The relief set forth on the following page is **ORDERED**.

**DATED: July 26, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

This matter having been presented to the court under 11 U.S.C. § 109(h)(3)(A), and for good cause shown

It is ORDERED that:

- ❏ The debtor's certification is **satisfactory** to the court. The debtor must obtain credit counseling and file a Certificate of Credit Counseling on or before thirty (30) days from the date the debtor's petition was filed or the case will be dismissed without further notice.

- ❏ The debtor's certification is **not satisfactory** to the court because of the circumstances noted below and the case is dismissed.

    - [ ] The alleged exigent circumstances do not merit an extension of time regarding the requirements of 11 U.S.C. § 109(h)(1),

        OR

    - [ ] There was a failure to prove that the debtor requested credit counseling services from an approved, nonprofit budget and credit counseling agency, but was unable to obtain the services during the seven (7) day period beginning on the date on which the debtor made that request.

- ☒ A hearing is scheduled on _____8/22/2019_____ at __10:00__ o'clock to determine whether the certification is satisfactory to the court under 11 U.S.C. § 109(h)(3)(A)(iii) and merits an extension of time for the filing of a Certificate of Credit Counseling. The hearing shall be held at:

    Location:       US BANKRUPTCY COURT

                    50 WALNUT STREET, 3RD FL

                    NEWARK, NJ 07102

    Courtroom:      3D

*rev.8/1/15*

2

                        Certificate of Notice    Page 3 of 3

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-24262-JKS
Almoataz B. Basuoni                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jul 26, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2019.
db             +Almoataz B. Basuoni, Jr.,    5 Edward Ave.,   Old Bridge, NJ 08857-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2019 at the address(es) listed below:
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 2