| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 828175 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | |
| In Re: <br><br> ALMOATOZ B BASUONI, JR. | Case No: 19-24262 - JKS <br><br> Judge: JOHN K. SHERWOOD <br><br> Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE</u> with regards to its mortgage. Said Mortgage was recorded on February 6, 2007, Book 15465, Page 211 on the real property, located at 66 MADISON AVENUE, JERSEY CITY, NJ 07304 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: August 7, 2019

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960

Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com