**MARIO M. BLANCH, ESQ.**
**Attorney ID No. 030862002**
**440-65th Street**
**West New York, New Jersey 07093**
**Telephone:**      **201-869-9898**
**Facsimile:**      **201-869-9898**
**Email:**          mario@blanchlegal.com
**Attorney for Almoataz Basuoni**

FILED
HERACK, NJ

2019 AUG -5  A 10:45

BY:

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------

IN RE:

ALMOATAZ BASUONI

Debtor.

:       Case No. 19-24262
:
:       Hon.John K. Sherwood
:
:       Chapter 13
:
:
:
:
:

-------------------------------------------

NOTICE OF APPEARANCE

Mario M. Blanch, Esq. hereby enters an appearance for Almoataz

Basuoni in the above captioned matter.

Mario M. Blanch

Dated:  8/1/2019