UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mario M. Blanch, Esq. (ID 030862002)
440-65th Street
West New York, New Jersey 07093
(201) 869-9898 - phone
(201) 869-9898 - fax
mario@blanchlegal.com
Attorney for Debtor

In Re:

ALMOATAZ B. BASUONI, JR.,

                    Debtor.

FILED
JEANNE A. NAUGHTON, CLERK
AUG 12 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

Case No.: 19-24262 (JKS)

Chapter: 13

Judge: Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_/s/ John K. Sherwood_
**HONORABLE JOHN K. SHERWOOD**

Dated: August 12, 2019

After review of the application of _____Counsel for Debtor_____ for the reduction of time for a hearing on __motion to extend the automatic stay_____

_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____August 22, 2019_____ at __10:00 a.m.__ in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey 07102_____, Courtroom No. __3D__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: CitiMortgage, Inc., Nationstar Mortgage, LLC d/b/a Mr. Cooper, Federal Home Loan Mortgage Corp., etc. (via KML Law Group, PC, its attorneys), CENLAR and all other secured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and all unsecured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to _Chapter 13 Trustee and all parties listed in Paragraph 2 above_

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*