UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mario M. Blanch, Esq. (ID 030862002)
440-65th Street
West New York, New Jersey 07093
(201) 869-9898 - phone
(201) 869-9898 - fax
mario@blanchlegal.com
Attorney for Debtor

FILED
JEANNE A. NAUGHTON, CLERK
AUG 12 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY_____ DEPUTY

In Re:

ALMOATAZ B. BASUONI, JR.,

                   Debtor.

Case No.: 19-24262 (JKS)

Chapter: 13

Judge: Sherwood

## ORDER SHORTENING TIME PERIOD FOR NOTICE,
## SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

_____
**HONORABLE JOHN K. SHERWOOD**

Dated: August 12, 2019

After review of the application of _____Counsel for Debtor_____ for the reduction of time for a hearing on __motion to extend the automatic stay_____
_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____August 22, 2019_____ at 10:00 a.m. in the United States Bankruptcy Court, _____50 Walnut Street, Newark, New Jersey 07102_____, Courtroom No. __3D__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: CitiMortgage, Inc., Nationstar Mortgage, LLC d/b/a Mr. Cooper, Federal Home Loan Mortgage Corp., etc. (via KML Law Group, PC, its attorneys), CENLAR and all other secured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee and all unsecured creditors

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☐ is not required

☒ must be provided to Chapter 13 Trustee and all parties listed in Paragraph 2 above

☒ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Almoataz B. Basuoni  
      Debtor

Case No. 19-24262-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 12, 2019  
                      Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2019.  
db        +Almoataz B. Basuoni, Jr.,   5 Edward Ave.,   Old Bridge, NJ 08857-2101  
aty        Mario M Blanch,   440-65h Street,   West New York, NJ   07093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2019 at the address(es) listed below:  
        Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg    magecf@magtrustee.com  
        Robert Davidow    on behalf of Creditor    CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 4