| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br>In Re:<br><br>Almoataz B. Basuoni | **Order Filed on August 27, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:   19-24262-JKS<br><br>Chapter:    13<br><br>Hearing Date:  8/22/2019<br><br>Judge:    John K. Sherwood |

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 27, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

1. The Automatic Stay is hereby extended until the completion of the Bankruptcy or until further order of the Court.

DATE: _____

                                                          U.S. Bankruptcy Judge