| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br><br><br>In Re:<br><br>Almoataz B. Basuoni | **Order Filed on August 27, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.:     19-24262-JKS<br><br>Chapter:      13<br><br>Hearing Date: 8/22/2019<br><br>Judge:        John K. Sherwood |

# ORDER TO FILE REQUIRED DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

1. Debtor shall file a Summary of Assets/Liability and Stat Info no later than September 23, 2019;

2. Debtor shall file a Declaration about Individual Schedules no later than September 23, 2019;

3. Debtor shall file a Statement of Financial Affairs for Individuals no later than September 23, 2019

4. Debtor shall file a Statement of Current Monthly Income and Calc of Commitment Period (122C-1), no later than September 23, 2019.

5. Debtor shall file, a Chapter 13 Plan and Motions (Local Forms) no later than September 23, 2019

6. Debtor shall file Schedules A/B, C, D, E/F, H, I, J, no later than September 23, 2019

7. Debtor shall complete the required credit counseling course no later than September 23, 2019

8. Failure of Debtor to complete (1)-(8) shall result in dismissal of the Bankruptcy

DATE: _____  
                                                         U.S. Bankruptcy Judge