UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Almoataz B. Basuoni

Case No.: 19-24262-JKS

Chapter: 13

Hearing Date: 8/22/2019

Judge: John K. Sherwood

## ORDER EXTENDING THE AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

1. The Automatic Stay is hereby extended until the completion of the Bankruptcy or until further order of the Court.

DATE: _____
U.S. Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-24262-JKS
Almoataz B. Basuoni                                                                       Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin            Page 1 of 1            Date Rcvd: Aug 29, 2019
                               Form ID: pdf903        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2019.
db             +Almoataz B. Basuoni, Jr.,    5 Edward Ave.,    Old Bridge, NJ 08857-2101
aty             Mario M Blanch,    440-65h Street,    West New York, NJ   07093

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor    CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4