UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 27, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Almoataz B. Basuoni

Case No.:       19-24262-JKS

Chapter:        13

Hearing Date:   8/22/2019

Judge:          John K. Sherwood

### ORDER TO FILE REQUIRED DOCUMENTS

The relief set forth on the following page is hereby **ORDERED**

**DATED: August 27, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

1

1. Debtor shall file a Summary of Assets/Liability and Stat Info no later than September 23, 2019;

2. Debtor shall file a Declaration about Individual Schedules no later than September 23, 2019;

3. Debtor shall file a Statement of Financial Affairs for Individuals no later than September 23, 2019

4. Debtor shall file a Statement of Current Monthly Income and Calc of Commitment Period (122C-1), no later than September 23, 2019.

5. Debtor shall file, a Chapter 13 Plan and Motions (Local Forms) no later than September 23, 2019

6. Debtor shall file Schedules A/B, C, D, E/F, H, I, J, no later than September 23, 2019

7. Debtor shall complete the required credit counseling course no later than September 23, 2019

8. Failure of Debtor to complete (1)-(8) shall result in dismissal of the Bankruptcy

DATE: _____  
                                                                           U.S. Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Almoataz B. Basuoni  
    Debtor

Case No. 19-24262-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 1　　Date Rcvd: Aug 29, 2019  
　　　　　　　　Form ID: pdf903　　Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2019.
```
db          +Almoataz B. Basuoni, Jr.,    5 Edward Ave.,   Old Bridge, NJ 08857-2101
aty          Mario M Blanch,    440-65h Street,    West New York, NJ  07093
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2019　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    Federal Home Loan Mortgage Corporation, as
               Trustee, ET AL... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert  Davidow    on behalf of Creditor    CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4
```