*19-24262*

BANKRUPTCY COURT
FILED
NEWARK, NJ

9 SEP 17 P 2: 56

EANNE A. NAUGHTON
DEPUTY CLERK

Certificate Number: 15725-NJ-CC-033402153

15725-NJ-CC-033402153

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>September 12, 2019</u>, at <u>1:31</u> o'clock <u>PM EDT</u>, <u>Almoataz Basuoni</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

<u>This counseling session was conducted by internet.</u>

Date:    <u>September 12, 2019</u>         By:    <u>/s/Justin Perez</u>

                                        Name:  <u>Justin Perez</u>

                                        Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).