U. S. BANKRUPTCY COURT
FILED
NEWARK, N.J.

2019 OCT 22 P 2: 38

JEANNE A. NAUGHTON

BY:
DEPUTY CLERK

Certificate Number: 14912-NJ-DE-033585797

Bankruptcy Case Number: 19-24262

14912-NJ-DE-033585797

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 21, 2019</u>, at <u>10:42</u> o'clock <u>PM EDT</u>, <u>Almoataz Basuoni</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date: <u>October 21, 2019</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>