MARIO M. BLANCH, ESQ.
440-65TH STREET
WEST NEW YORK, NJ  07093

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
Chapter 13 Case # 19-24262

| Re: | ALMOATAZ B. BASUONI | Atty: | MARIO M. BLANCH, ESQ. |
|---|---|---|---|
|  | 5 EDWARD AVE. |  | 440-65TH STREET |
|  | OLD BRIDGE,  NJ  07304 |  | WEST NEW YORK, NJ  07093 |

### RECEIPTS AS OF 01/15/2020   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $300.00 | 26207306954 | 11/22/2019 | $100.00 | 26207313963 |
| 12/10/2019 | $100.00 | 26207321624 | 01/07/2020 | $100.00 | 26207323582 |

**Total Receipts: $600.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $600.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020   (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN |  |  | 31.20 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CENLAR FSB | MORTGAGE ARRE | 353,260.99 | 100.00% | 0.00 | 0.00 |
| 0003 | DISCOVER BANK | UNSECURED | 17,450.42 | 0.00% | 0.00 | 0.00 |
| 0004 | MBNA CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | MACY'S CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | PRUDENTIAL CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | SEARS CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,338.41 | 100.00% | 0.00 | 0.00 |
| 0013 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CHASE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | BUREAU OF HOUSING INSPECTION | UNSECURED | 8,386.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 907.68 | 0.00% | 0.00 | 0.00 |

**Total Paid: $31.20**
See Summary

### SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 17, 2020.

Receipts: $600.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $31.20    =    Funds on Hand: $568.80

**Chapter 13 Case # 19-24262**

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.