UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of
Aniello D. Cerreto, Esq.
Gordon's Corner Professional Plaza
215 Gordon's Corner Road – Suite 1i
Manalapan, NJ 07726
Phone:   732-446-2235
Fax:       732-391-6682
Email:    adcesq@verizon.net
Website:    www.adcesq.com

In Re:

ALMOATAZ BASUONI

| | |
|---|---|
| Case No.: | 19-24262-JKS |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 3/12/2020 |
| Judge: | JKS |

## CERTIFICATION OF SERVICE

1.  I, _____Aniello D. Cerreto, Esq._____ :

   ☒ represent _____debtor_____ in this matter.

   ☐ am the secretary/paralegal for _____, who represents
   _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2.  On _____3/9/2020_____, I sent a copy of the following pleadings and/or documents
   to the parties listed in the chart below.

   Amended Chapter 13 Plan

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
   indicated.

Date: _____3/9/2020_____          _Aniello D. Cerreto_
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee,<br>Office of the United States Trustee,<br>1085 Raymond Blvd.,<br>One Newark Center, Suite 2100,<br>Newark, NJ 07102-5235 | US Trustee | Notice of Electronic filing<br>and email |
| Kevin Gordon McDonald on behalf of<br>Creditor Federal Home<br>Loan Mortgage Corporation,<br>as Trustee, ET AL... | Creditor | Notice of Electronic filing<br>and email |
| Marie-Ann Greenberg | Trustee | Notice of electronic filing<br>and email |
| Robert Davidow, Esq. on behalf of<br>Creditor<br>CITIGROUP MORTGAGE LOAN TRUST INC.<br>ASSET-BACKED PASS-THROUGH CERTIFICATES,<br>SERIES 2007-AMC2,<br>U.S. BANK NATIONAL ASSOCIATION,<br>AS TRUSTEE | Creditor | Notice of Electronic filing<br>And email |