Form 186 – ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24262−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Almoataz B. Basuoni Jr.
   5 Edward Ave.
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on 9/17/19 and a confirmation hearing on such Plan has been scheduled for 10/24/19.

The debtor filed a Modified Plan on 3/9/20 and a confirmation hearing on the Modified Plan is scheduled for 4/23/20 AT 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 10, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                      Case No. 19-24262-JKS
Almoataz B. Basuoni, Jr.                                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 10, 2020
                              Form ID: 186             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2020.
```
db             +Almoataz B. Basuoni, Jr.,    5 Edward Ave.,    Old Bridge, NJ 08857-2101
aty             Mario M Blanch,   440-65h Street,    West New York, NJ   07093
cr             +CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PA,     Phelan Hallinan&Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518367162      +Bureau of Housing Inspection,    PO Box 810,   Trenton, NJ 08625-0810
518492272      +CITIGROUP MORTGAGE LOAN TRUST INC. ET.AL.,    CENLAR FSB,    BK DEPARTMENT,    425 PHILLIPS BLVD.,
                 EWING NJ 08618-1430
518367160      +Cenlar, Central Loan Administration & Reporting,     PO Box 77423,    Ewing, NJ 08628-7423
518367164      +MBNA Card Services,    320 University Ave.,    Newark, NJ 07102-1402
518367163      +Macy's Credit Card,    PO Nox 8113,    Mason, OH 45040-8113
518473147      +Mario M Blanch, Esq,    440-65th St,    West New York, NJ 07093-2535
518473148       New Century Financial,    10 S Jefferson Rd #104,    Whippany, NJ  07981
518367165      +Prudential Credit Card,    25 Lafayette Ave.,    Newark, NJ 07102-3603
518473150       Sears Credit Card,    6116 Grade Laaane Building 9,    Lois Vitte, KY   40213
518367166       Sears Credit Card,    6116 Grade Lane,    Building 9, Suite 910,    Louis Vitte, KY 40213
518367167       VISA Credit Card,    Bank of America,    PO Box 841,   Tampa, FL 33622
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 11 2020 00:40:05      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 11 2020 00:39:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518367161       E-mail/Text: mrdiscen@discover.com Mar 11 2020 00:38:41      Discover Bank,    PO Box 30952,
                 Salt Lake City, UT 84130
518385691       E-mail/Text: mrdiscen@discover.com Mar 11 2020 00:38:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany Ohio 43054-3025
518487702       E-mail/Text: jennifer.chacon@spservicing.com Mar 11 2020 00:41:42      Federal Home Loan Mortgage Corporation et. al,,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,   Salt Lake City, UT 84165-0250
518473149       E-mail/PDF: ais.chase.ebn@americaninfosource.com Mar 11 2020 00:41:58      Chase Bank,
                 PO Box 15298,   Wilmington, DE  19850
518491945      +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 11 2020 00:42:13      LVNV Funding LLC,
                 c/o Resurgent Capital Services,    P O Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518367168       Marchent Bank Credit Card
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 12, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 10, 2020 at the address(es) listed below:
```
              Aniello D. Cerreto    on behalf of Debtor Almoataz B. Basuoni, Jr. adclawoffice@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor   Federal Home Loan Mortgage Corporation, as
               Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor   CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
               PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```