| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>The Law Office of<br>Aniello D. Cerreto, Esq.<br>Gordon's Corner Professional Plaza<br>215 Gordon's Corner Road – Suite 1i<br>Manalapan, NJ 07726<br>Phone:   732-446-2235<br>Fax:       732-391-6682<br>Email:    adcesq@verizon.net<br>Website: www.adcesq.com | |
| In Re:<br><br>ALMOATAZ BASUONI | Case No.:   19-24262<br>Chapter:    13<br>Judge:       JKS |

## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that __Aniello D. Cerreto, Esq.__ will be substituted as attorney of record for __Mario M. Blanch, Esq.__ / __for debtor__ in this case.[1]

Date: 2/11/2020

Signature of Former Attorney

Date: 2/11/2020

Aniello D. Cerreto Esq.
Signature of Substituted Attorney[2]

rev.8/1/16

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.