| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>838181<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for Secured Creditor: Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, U.S. Bank National Association, As Trustee | |
| In Re:<br><br>Almoataz B. Basuoni, Jr | Case No: 19-24262 - JKS<br><br>Hearing Date: 05/28/2020<br><br>Judge: John K. Sherwood<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, Boris Zavertailo:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On June 1, 2020 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Order Resolving Secured Creditor's Response To Debtor's Motion For Prospective Relief

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 1, 2020                         /s/ *Boris Zavertailo*
                                                Boris Zavertailo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Almoataz B. Basuoni, Jr<br>66 Madison Avenue,<br>Jersey City, NJ 07304 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Almoataz B. Basuoni, Jr<br>5 Edward Ave<br>Old Bridge, NJ 08857 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Aniello D. Cerreto<br>215 Gordons Corner Rd., Ste 1<br>Manalapan, NJ 07726 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail |

3

|  |  | ☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
|---|---|---|
| US Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.