UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

838181
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Secured Creditor: Citigroup Mortgage
Loan Trust Inc. Asset-Backed Pass-Through
Certificates, Series 2007-AMC2, U.S. Bank National
Association, As Trustee

**Order Filed on June 9, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

Almoataz B. Basuoni, Jr a/k/a
Al Moatoz B Basuoni

Case No: 19-24262 - JKS

Hearing Date: 05/28/2020

Judge:  John K. Sherwood

## ORDER RESOLVING SECURED CREDITOR'S RESPONSE TO DEBTOR'S MOTION FOR PROSPECTIVE RELIEF

The consent order set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: June 9, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**NJID 838181**
**PHELAN HALLINAN DIAMOND & JONES, PC**
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through
Certificates, Series 2007-AMC2, U.S. Bank National Association, As Trustee

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE:** | |
| Almoataz B. Basuoni, Jr a/k/a Al Moatoz B Basuoni | CASE NO. 19-24262 - JKS |
| | CHAPTER 13 |
| Debtors | ORDER RESOLVING SECURED CREDITOR'S RESPONSE TO DEBTOR'S MOTION FOR PROSPECTIVE RELIEF |
| | HEARING DATE: 05/28/2020 |

This Consent Order pertains to the property located at 66 Madison Avenue, Jersey City, NJ 07304, mortgage account ending with "1103";

**THIS MATTER** having been brought before the Court by Aniello D. Cerreto, Esquire attorney for debtor Almoataz B. Basuoni, Jr. a/k/a Al Moatoz B Basuoni upon the filing of a Motion Prospective Relief, Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates, Series 2007-AMC2, U.S. Bank National Association, As Trustee (hereinafter "**Secured Creditor**") by and through its attorneys, Phelan Hallinan Diamond & Jones, PC having filed a Response to the Motion Prospective Relief and for other and good cause shown:

**IT IS ORDERED as follows:**

1.  The Debtor's Motion is hereby granted in part and the Debtor is immediately in the New Jersey Bankruptcy Court's Loss Mitigation Program.

2.  Creditor's counsel will provide the Debtor with a loss mitigation package and the Debtor shall submit full loss mitigation package to Secured Creditor no later than **June 17, 2020.**

3.  The Debtor shall have until **July 15, 2020** to be approved for a loan modification.

4.  The outcome of the Loss Mitigation review shall be advised to this Court on or before July 15, 2020 by the Secured Creditor.

5.  The Debtor is required to pay adequate protection payments to the Secured Creditor. The Debtor must tender **$7,200.00** to Secured Creditor on or before **June 1, 2020.**

6.  The Debtor shall tender and second payment of **$3,600.00** to Secured Creditor no later than **July 1, 2020.**

7.  All payments must be made payable to **Cenlar FSB** and sent to the Secured Creditor's legal counsel:

    **Phelan Hallinan Diamond Jones, PC**
    **Attn: Bankruptcy Department**
    **1617 JFK Blvd., Ste. 1400**
    **Philadelphia, PA 19103**

8.  Should Debtor fail to tender any of the above payments or if the Debtor should fail to comply with the above terms and conditions regarding the application for loan modification (or provide any additional documents to complete the loan modification review) then the Secured Creditor may file Certification of Default with this Court and the Court shall grant Secured Creditor relief from the automatic stay to proceed with its State Court Rights.

9.  Confirmation hearing is set for July 23, 2020.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-24262-JKS
Almoataz B. Basuoni, Jr.                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Jun 09, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db            +Almoataz B. Basuoni, Jr.,   5 Edward Ave.,   Old Bridge, NJ 08857-2101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
          PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          nj.bkecf@fedphe.com
          Aniello D. Cerreto   on behalf of Debtor Almoataz B. Basuoni, Jr. adclawoffice@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   Federal Home Loan Mortgage Corporation, as
          Trustee, ET AL... kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Melanie Carmela Grimes   on behalf of Creditor   CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
          PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          nj.bkecf@fedphe.com
          Robert  Davidow   on behalf of Creditor   CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
          PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          nj.bkecf@fedphe.com
          Sherri Jennifer Smith   on behalf of Creditor   CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED
          PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
          nj.bkecf@fedphe.com,  nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 8