ANIELLO D. CERRETO
LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
GORDONS CORNER PROFESSIONAL PLAZA
215 GORDONS CORNER RD., STE. 1i
MANALAPAN, NJ 07726

Re: ALMOATAZ B. BASUONI
5 EDWARD AVE.
OLD BRIDGE, NJ 07304

Atty: ANIELLO D. CERRETO
LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
GORDONS CORNER PROFESSIONAL PLAZA
215 GORDONS CORNER RD., STE. 1i
MANALAPAN, NJ 07726

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
### Chapter 13 Case # 19-24262

### RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/04/2019 | $300.00 | 26207306954 | 11/22/2019 | $100.00 | 26207313963 |
| 12/10/2019 | $100.00 | 26207321624 | 01/07/2020 | $100.00 | 26207323582 |
| 02/11/2020 | $100.00 | 26207327452 | 03/10/2020 | $100.00 | 26207345485 |
| 04/14/2020 | $100.00 | 26603927515 | 05/19/2020 | $100.00 | 26603942128 |
| 05/29/2020 | $800.00 | 26603944064 | 07/06/2020 | $500.00 | 26744052227 |
| 07/16/2020 | $500.00 | 26744056165 | 09/01/2020 | $500.00 | 26744055142 |
| 09/22/2020 | $500.00 | 26914328458 | 10/26/2020 | $500.00 | 26914334196 |
| 12/04/2020 | $500.00 | 26914340070 | 01/07/2021 | $500.00 | 26914349215 |

**Total Receipts: $5,300.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $5,300.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 404.10 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CENLAR FSB | MORTGAGE ARRE | 353,260.99 | 100.00% | 0.00 | 0.00 |
| 0003 | DISCOVER BANK | UNSECURED | 17,450.42 | 0.00% | 0.00 | 0.00 |
| 0004 | MBNA CARD SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0005 | MACY'S CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | PRUDENTIAL CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | SEARS CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0012 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,338.41 | 100.00% | 0.00 | 0.00 |
| 0013 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | CHASE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 19-24262**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0015 | NEW CENTURY FINANCIAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | BUREAU OF HOUSING INSPECTION | UNSECURED | 8,386.00 | 0.00% | 0.00 | 0.00 |
| 0017 | LVNV FUNDING LLC | UNSECURED | 907.68 | 0.00% | 0.00 | 0.00 |

**Total Paid: $404.10**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2021.

Receipts: $5,300.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $404.10    =    Funds on Hand: $4,895.90

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.