| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2 | Order Filed on June 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: <u>19-24262 JKS</u> |
| In Re:<br>      Almoataz B. Basuoni, Jr.<br><br>Debtor. | Adv. No.:<br>Hearing Date: 5/27/2021 @ 10:00 a.m.<br>Judge: <u>John K. Sherwood</u> |

**ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM STAY**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 15, 2021**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor: Almoataz B. Basuoni Jr.
Case No: 19-24262 JKS
Caption of Order: ORDER CURING POST-PETITION ARREARS AND RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Seasoned Credit Risk Transfer Trust, Series 2019-2, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 5 Edward Ave, Old Bridge, NJ 08857, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Aniello Cerreto, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 27, 2021 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2021 through May 2021 for a total post-petition default of $3,856.76 (3 @ $1,917.28, less suspense $1,895.08); and

It is further **ORDERED, ADJUDGED and DECREED** that the debtor will make a payment of $3,856.76 by June 30, 2021; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2021, directly to Secured Creditor, SPS, Inc., P.O. Box 65450, Salt Lake City, UT 84165-0450 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $188.00 for filing fees, totaling $538.00, which is to be paid through Debtor's Chapter 13 plan and Motion for Relief is hereby resolved.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24262-JKS |
| Almoataz B. Basuoni, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

**Recip ID        Recipient Name and Address**
db          + Almoataz B. Basuoni, Jr., 5 Edward Ave., Old Bridge, NJ 08857-2101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:**

**Name        Email Address**

Aniello D. Cerreto
    on behalf of Debtor Almoataz B. Basuoni  Jr. adclawoffice@gmail.com

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Maria Cozzini
    on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mcozzini@sternlav.com

Marie-Ann Greenberg
    magecf@magtrustee.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 16, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Melanie Carmela Grimes
    on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... rsolarz@kmllawgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III
    on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com

William M.E. Powers
    on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com

TOTAL: 10