Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 19−24262−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Almoataz B. Basuoni Jr.
   5 Edward Ave.
   Old Bridge, NJ 08857

Social Security No.:
   xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 3, 2021.

Dated: August 3, 2021
JAN: zlh

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Almoataz B. Basuoni, Jr.  
    Debtor

Case No. 19-24262-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 1 of 2  
Date Rcvd: Aug 03, 2021　　　　　　　　　Form ID: plncf13　　　　　　　　　Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol**　　**Definition**

+　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Almoataz B. Basuoni, Jr., 5 Edward Ave., Old Bridge, NJ 08857-2101 |
| cr | + | CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PA, Phelan Hallinan&Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518367162 | + | Bureau of Housing Inspection, PO Box 810, Trenton, NJ 08625-0810 |
| 518492272 | + | CITIGROUP MORTGAGE LOAN TRUST INC. ET.AL., CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518367160 | + | Cenlar, Central Loan Administration & Reporting, PO Box 77423, Ewing, NJ 08628-7423 |
| 518487702 | | Federal Home Loan Mortgage Corporation et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518367164 | + | MBNA Card Services, 320 University Ave., Newark, NJ 07102-1402 |
| 518473147 | + | Mario M Blanch, Esq, 440-65th St, West New York, NJ 07093-2535 |
| 518473148 | | New Century Financial, 10 S Jefferson Rd #104, Whippany, NJ 07981 |
| 518367165 | + | Prudential Credit Card, 25 Lafayette Ave., Newark, NJ 07102-3603 |
| 518473150 | | Sears Credit Card, 6116 Grade Laaane Building 9, Lois Vitte, KY 40213 |
| 518367166 | | Sears Credit Card, 6116 Grade Lane, Building 9, Suite 910, Louis Vitte, KY 40213 |
| 518367167 | | VISA Credit Card, Bank of America, PO Box 841, Tampa, FL 33622 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 03 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 03 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518367161 | | Email/Text: mrdiscen@discover.com | Aug 03 2021 20:23:00 | Discover Bank, PO Box 30952, Salt Lake City, UT 84130 |
| 518367163 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 03 2021 20:38:48 | Macy's Credit Card, PO Nox 8113, Mason, OH 45040 |
| 518385691 | | Email/Text: mrdiscen@discover.com | Aug 03 2021 20:23:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany Ohio 43054-3025 |
| 518473149 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 03 2021 20:24:57 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 518491945 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 03 2021 20:38:47 | LVNV Funding LLC, c/o Resurgent Capital Services, P O Box 10587, Greenville, SC 29603-0587 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**　　**Bypass Reason**　　**Name and Address**

| | | |
|---|---|---|
| 518367168 | | Marchent Bank Credit Card |
| 518907185 | *+ | CITIGROUP MORTGAGE LOAN TRUST INC. ET.AL., CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aniello D. Cerreto | on behalf of Debtor Almoataz B. Basuoni Jr. adclawoffice@gmail.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melanie Carmela Grimes | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |

TOTAL: 10