UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

ALMOATAZ B. BASUONI

Case No.: 19-24262

Adv. No.:

Hearing Date:

Judge:  JKS

### CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/02/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

**Certification of Default**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
ALMOATAZ B. BASUONI
5 EDWARD AVE.
OLD BRIDGE, NJ  07304
Mode of Service:  Regular Mail

Attorney for Debtor(s):
ANIELLO D. CERRETO
LAW OFFICE OF ANIELLO D. CERRETO, ESQ.
GORDONS CORNER PROFESSIONAL PLAZA
215 GORDONS CORNER RD., STE. 1i
MANALAPAN, NJ  07726
Mode of Service:  Notice of Electronic Filing (NEF)

Dated:  November 02, 2021

By:  /S/  Jackie Michaels
     Jackie Michaels