Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−24262−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Almoataz B. Basuoni Jr.
5 Edward Ave.
Old Bridge, NJ 08857

Social Security No.:
xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/28/22 at 10:00 AM

to consider and act upon the following:

*89* − Creditor's Certification of Default filed by Maria Cozzini on behalf of CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 04/12/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

*90* − Certification in Opposition to certification of default (related document:89 Creditor's Certification of Default filed by Maria Cozzini on behalf of CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 04/12/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) filed by Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Aniello D. Cerreto on behalf of Almoataz B. Basuoni Jr.. (Attachments: # 1 Exhibit Contract part 1 # 2 Exhibit contract part 2 # 3 Exhibit Buyer attorney review # 4 Exhibit seller atty review # 5 Exhibit proposed hud # 6 Exhibit exhibit 10 correspondence # 7 Exhibit exhibit fax 11 correspondence # 8 Exhibit exhibit fax 12 correspondence) (Cerreto, Aniello)

Dated: 4/8/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court