Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.: 19−24262−JKS  
        Chapter: 13  
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Almoataz B. Basuoni Jr.  
    5 Edward Ave.  
    Old Bridge, NJ 08857

Social Security No.:  
    xxx−xx−7006

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/28/22 at 10:00 AM

to consider and act upon the following:

*89* − Creditor's Certification of Default filed by Maria Cozzini on behalf of CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 04/12/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) (Cozzini, Maria)

*90* − Certification in Opposition to certification of default (related document:89 Creditor's Certification of Default filed by Maria Cozzini on behalf of CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE. Objection deadline is 04/12/2022. (Attachments: # 1 Exhibit # 2 Certification # 3 Certificate of Service # 4 Proposed Order) filed by Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET−BACKED PASS−THROUGH CERTIFICATES, SERIES 2007−AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE) filed by Aniello D. Cerreto on behalf of Almoataz B. Basuoni Jr.. (Attachments: # 1 Exhibit Contract part 1 # 2 Exhibit contract part 2 # 3 Exhibit Buyer attorney review # 4 Exhibit seller atty review # 5 Exhibit proposed hud # 6 Exhibit exhibit 10 correspondence # 7 Exhibit exhibit fax 11 correspondence # 8 Exhibit exhibit fax 12 correspondence) (Cerreto, Aniello)

Dated: 4/8/22

                                            Jeanne Naughton  
                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Almoataz B. Basuoni, Jr.  
    Debtor

Case No. 19-24262-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Apr 08, 2022     Form ID: ntchrgbk     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**  
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Almoataz B. Basuoni, Jr., 5 Edward Ave., Old Bridge, NJ 08857-2101 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aniello D. Cerreto | on behalf of Debtor Almoataz B. Basuoni Jr. adclawoffice@gmail.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | |
|---|---|
| Melanie Carmela Grimes | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |

TOTAL: 10