| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Stern Lavinthal & Frankenberg LLC<br>105 Eisenhower Parkway - Suite 302<br>Roseland, NJ  07068<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>Attorneys for Secured Creditor,<br>CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>By: Maria Cozzini, Esq. | <br>**Order Filed on May 16, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Almoataz B. Basuoni, Jr.<br><br><br>Debtor(s) | Case No.: 19-24262-JKS<br>Chapter:   13<br>Hearing Date:<br>Judge:   John K. Sherwood |

**ORDER VACATING AUTOMATIC STAY AS TO
REAL PROPERTY TO  CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK
NATIONAL ASSOCIATION, AS TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 16, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)
Debtor: Almoataz B. Basuoni, Jr.
Case No.:19-24262-JKS
Caption of Order: **Order Vacating Automatic Stay**

Upon the Motion of **CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,** on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code Section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown,

ORDERED as follows:

1. The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

   - Land and premises commonly known as **66 MADISON AVE, JERSEY CITY, NJ  07304**

3. The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. Movant additionally seeks relief from the co-debtor stay pursuant to 11 U.S.C. §1301(c). Section 1301 (c)(1) provides that the co-debtor stay shall be lifted where, as between the debtor and co-debtor, the co-debtor received the consideration for the claim held by Secured Creditor.

5. The co-debtor stay against "Ahmed B. Basuoni" is lifted pursuant to 11 U.S.C. 1301(c).

6. The movant shall serve this Order on the debtor, co-debtor, any trustee and other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                              Case No. 19-24262-JKS
Almoataz B. Basuoni, Jr.                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2022:**

**Recip ID    Recipient Name and Address**
db    + Almoataz B. Basuoni, Jr., 5 Edward Ave., Old Bridge, NJ 08857-2101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2022    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aniello D. Cerreto | on behalf of Debtor Almoataz B. Basuoni Jr. adclawoffice@gmail.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Maria Cozzini | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mcozzini@sternlav.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

Case 19-24262-JKS    Doc 94    Filed 05/19/22    Entered 05/20/22 00:13:32    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Melanie Carmela Grimes | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee, ET AL... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M. E. Powers, III | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |
| William M.E. Powers | on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com |

TOTAL: 10

Case 19-24262-JKS    Doc 94    Filed 05/19/22    Entered 05/20/22 00:13:32    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2022 | Form ID: pdf903 | Total Noticed: 1 |