UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

The Law Office of
Aniello D. Cerreto, Esq.
Gordon's Corner Professional Plaza 215
Gordon's Corner Road — Suite 1i
Manalapan, NJ 07726
Phone: 732-446-2235
Fax: 732-391-6682
Email: Adclawoffice@gmail.com
Website: www.adcesq.com

In Re:

Almoataz B. Basuoni, Jr.

Case No.: 19-24262

Chapter: 13

Adv. No.:

Hearing Date: 2-25-2021

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, __Aniello D. Cerreto, Esq.__ :

   ☒ represent __Debtor__ in this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On __6-8-2022__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Proposed modified plan, Amended schedules I and J, signed declaration 106 by debtor.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 6-8-2022

/s/ Aniello D. Cerreto, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Trustee, Marie-Ann Greenberg, Esq. Trustee<br>Office of the United States Trustee,<br>1085 Raymond Blvd.,<br>One Newark Center, Suite 2100,<br>Newark, NJ 07102-5235 | US Trustee | Notice of Electronic filing and email |
| Kevin Gordon McDonald on behalf of Creditor Federal Home Loan Mortgage Corporation, as Trustee, ET AL... | Creditor | Notice of Electronic filing and email |
| Marie-Ann Greenberg | Trustee | Notice of electronic filing and email |
| Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Email: mcozzini@sternlav.com<br>*Attorneys for Creditor,* CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE<br>Attention: Maria Cozzini, Esq. | | Notice of electronic filing and email |