**Fill in this information to identify your case:**

Debtor 1: Almoataz Basuoni

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of NJ

Case number (if known): 19-24262

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _[signature]_ Moataz    X _____

Signature of Debtor 1    Signature of Debtor 2

Date 06/06/2022    Date _____
   MM/DD/YYYY        MM/DD/YYYY

Official Form 106Dec    Declaration About an Individual Debtor's Schedules