**Fill in this information to identify your case:**

Debtor 1: Almoataz _____ Basuoni
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known): 19-24262-JKS

Check if this is:
- [x] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:
  ___ / ___ / _____
  MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - [x] No. Go to line 2.
   - [ ] Yes. Does Debtor 2 live in a separate household?
     - [ ] No
     - [ ] Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. Do you have dependents?
   - [ ] No
   - [x] Yes. Fill out this information for each dependent.....
   
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Spouse | 67 | [ ] No  [x] Yes |
|  |  | [ ] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |
|  |  | [ ] No  [ ] Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - [x] No
   - [ ] Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4.   $1,970.83

   If not included in line 4:
   
   4a. Real estate taxes     4a. _____
   
   4b. Property, homeowner's, or renter's insurance     4b. _____
   
   4c. Home maintenance, repair, and upkeep expenses     4c. _____
   
   4d. Homeowner's association or condominium dues     4d. _____

Debtor 1    Almoataz Basuoni                                              Case number (if known)  19-24262-JKS

Your expenses

5.  Additional mortgage payments for your residence, such as home equity loans      5.    _____

6.  Utilities:

   6a. Electricity, heat, natural gas                                                 6a.        $60.00
   6b. Water, sewer, garbage collection                                               6b.        $90.00
   6c. Telephone, cell phone, Internet, satellite, and cable services                 6c.        $45.00
   6d. Other. Specify: _____                                6d.    _____

7.  Food and housekeeping supplies                                                    7.        $250.00

8.  Childcare and children's education costs                                          8.    _____

9.  Clothing, laundry, and dry cleaning                                               9.    _____

10. Personal care products and services                                              10.         $25.00

11. Medical and dental expenses                                                      11.    _____

12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments.     12.        $250.00

13. Entertainment, clubs, recreation, newspapers, magazines, and books               13.    _____

14. Charitable contributions and religious donations                                 14.    _____

15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a. Life insurance                                                               15a.    _____
   15b. Health insurance                                                             15b.    _____
   15c. Vehicle insurance                                                            15c.        $125.00
   15d. Other insurance. Specify: _____                    15d.    _____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                          16.    _____

17. Installment or lease payments:

   17a. Car payments for Vehicle 1                                                   17a.    _____
   17b. Car payments for Vehicle 2                                                   17b.    _____
   17c. Other. Specify: _____                              17c.    _____
   17d. Other. Specify: _____                              17d.    _____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).      18.    _____

19. Other payments you make to support others who do not live with you.
    Specify: _____                                          19.    _____

Official Form 106J                          Schedule J: Your Expenses                                    page 2

Debtor 1   **Almoataz Basuoni**　　　　　　　　　　　　　　　　Case number (if known)   **19-24262-JKS**

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a. Mortgages on other property　　　　　　　　　　　　20a. _____

    20b. Real estate taxes　　　　　　　　　　　　　　　　　20b. _____

    20c. Property, homeowner's, or renter's insurance　　　　20c. _____

    20d. Maintenance, repair, and upkeep expenses　　　　　20d. _____

    20e. Homeowner's association or condominium dues　　　20e. _____

21. Other. Specify: _____　21.  +_____

22. **Calculate your monthly expenses.**

    22a. Add lines 4 through 21.　　　　　　　　　　　　　　22a.　$2,815.83

    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.　22b.　_____

    22c. Add line 22a and 22b. The result is your monthly expenses.　22c.　$2,815.83

23. **Calculate your monthly net income.**

    23a. Copy line 12 (your combined monthly income) from Schedule I.　23a.　7319.00

    23b. Copy your monthly expenses from line 22c above.　23b.　− $2,815.83

    23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income.　23c.　4503.17

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. Explain here:
    **None.**