| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** | Order Filed on September 9, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>**Case No.:  19-24262** |
| IN RE:<br>    ALMOATAZ B. BASUONI | **Hearing Date:  09/08/2022**<br><br>**Judge:  JOHN K. SHERWOOD** |

### ORDER DENYING CONFIRMATION AND DISMISSING PETITION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: September 9, 2022**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  ALMOATAZ B. BASUONI

Case No.:  19-24262JKS

Caption of Order:  Order Denying Confirmation and Dismissing Petition

THIS MATTER having come before the Court on 09/08/2022 for a Confirmation Hearing of the

Debtor(s)' Chapter 13 Plan, and the Court having considered the Chapter 13 Standing Trustee's report and good

and sufficient cause having been shown, it is hereby

ORDERED AND DIRECTED, that the Confirmation of Debtor(s)' Chapter 13 Plan is hereby denied; and it

is further

ORDERED AND DIRECTED, that the Debtor(s)' Voluntary Petition for Relief under Chapter 13 and all

proceedings thereunder be and they hereby are dismissed without prejudice; and it is further

ORDERED AND DIRECTED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee

from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable

Trustee fees and commissions,  except any adequate protection payments due under the proposed plan or by

Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

ORDERED AND DIRECTED, that pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains

jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on

hand with the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 19-24262-JKS

Almoataz B. Basuoni, Jr.                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

**Recip ID              Recipient Name and Address**
db               +   Almoataz B. Basuoni, Jr., 5 Edward Ave., Old Bridge, NJ 08857-2101

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Aniello D. Cerreto
                                on behalf of Debtor Almoataz B. Basuoni  Jr. adclawoffice@gmail.com

Denise E. Carlon
                                on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... dcarlon@kmllawgroup.com,
                                bkgroup@kmllawgroup.com

Kevin Gordon McDonald
                                on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... kmcdonald@kmllawgroup.com,
                                bkgroup@kmllawgroup.com

Maria Cozzini
                                on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES
                                SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE mcozzini@sternlav.com

Marie-Ann Greenberg
                                magecf@magtrustee.com

District/off: 0312-2                                    User: admin                                         Page 2 of 2
Date Rcvd: Sep 09, 2022                              Form ID: pdf903                                   Total Noticed: 1

Melanie Carmela Grimes

      on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES
SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE nj.bkecf@fedphe.com

Rebecca Ann Solarz

      on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee, ET AL... rsolarz@kmllawgroup.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

      on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES
SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com

William M.E. Powers

      on behalf of Creditor CITIGROUP MORTGAGE LOAN TRUST INC. ASSET-BACKED PASS-THROUGH CERTIFICATES
SERIES 2007-AMC2, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE ecf@powerskirn.com


TOTAL: 10